UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-0007-BO1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MARC ALAN KEARNEY | ) | |

Upon defendant's motion to seal [DE 113], the Court finds good cause has been shown to ALLOW defendant's motion; It is hereby Ordered that [DE 113] be Sealed and remain sealed until such time as the Court may direct [DE 113] be unsealed.

So Ordered, this the 11 day of April, 2017.

TERRENCE W. BOYLE
United States District Judge