IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-7-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| MARC ALAN KEARNEY ) | |
| ) | |

This matter is before the Court on a motion by counsel for co-defendant Michael Anthony Mitchell for access to sealed materials in this case, namely defendant's plea agreement, draft presentence report, final presentence report, statement of reasons, and perhaps other documents. Counsel seeks access to these materials for possible use in his appeal on behalf Mitchell. As noted in the motion, the Court has previously denied a similar motion filed by Mitchell's counsel requesting access to sealed documents in another co-defendant's case, Heather Holmes.

Having again failed to show good cause for access to the above referenced materials, the motion by co-defendant Mitchell [DE 123] is DENIED.

SO ORDERED, this ___9___ day of May, 2017.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE