IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-7-1BO
No. 5:18-CV-104-BO

| | |
|---|---|
| MARC ALAN KEARNEY,<br>    Petitioner, | )<br>)<br>) |
| v. | )    ORDER |
| | ) |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>) |

This cause comes before the Court on petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and the government's motion to dismiss. In its motion to dismiss, the government accedes to petitioner's request for a hearing on his claim that his trial counsel was ineffective for failing to file a requested notice of appeal.

Petitioner's request for an evidentiary hearing on his second claim for relief is ALLOWED. Petitioner was previously found to be indigent by an order of the Court entered January 21, 2016. Rule 8(c) of the Rules Governing § 2255 Proceedings requires that the Court appoint counsel to represent petitioner at an evidentiary hearing. *See also United States v. Harris*, 217 F.3d 841 (4th Cir. 2000) (unpublished table decision).

Accordingly, petitioner is hereby APPOINTED attorney Raymond Tarlton to represent him at the evidentiary hearing. 18 U.S.C. §3006A. The clerk is DIRECTED to serve a copy of this order on petitioner, the government, and Raymond Tarlton. An evidentiary hearing in this matter is hereby set for this Court's *August* term.

SO ORDERED, this _1_ day of June, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE